UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Eduardo Jose Ogando Cabrera**


**V.**

CIVIL ACTION NO. 1: **26-cv-10649-MJJ**


**Moniz et al**


<u>ORDER OF DISMISSAL</u>


**JOUN, D.J.**

In accordance with the Court's Order dated March 24, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


March 24, 2026

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**